IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **TADA VENTURES, LLC** | § | **Case No. 19-31845-H2** |
| Debtor. | § | Chapter 11 |

### ORDER CLOSING CHAPTER 11 BANKRUPTCY AND ISSUING FINAL DECREE
(Relates to No. ___)

On the Motion of TADA Ventures, LLC, to close this Chapter 11 bankruptcy case and request that this Court issue a Final Decree and it appearing that good cause exists for the requested relief, it is therefore

**ORDERED** that this Chapter 11 bankruptcy case is closed and a Final Decree will be issued;

**ORDERED** the Debtor, no later than ten (10) days after entry of this Order, shall file with the Clerk of the United States Bankruptcy Court post-confirmation reports and statements of disbursements made during each calendar quarter and of any fees payable under 28 U.S.C. § 1930(a)(6) for each quarter during the period from December 1, 2019, through the date of entry of this Order, and shall serve a true and correct copy of said operating reports and statements on the United States Trustee; and

**IT IS FURTHER ORDERED** the Debtor, no later than ten (10) days after entry of this Order, shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6) by remitting payment to the United States Trustee Payment Center, P. O. Box 6200-19, Portland, Oregon, 97228-6200, and shall furnish evidence of such payment to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the Debtor's account number and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6).

ZZZ