IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/17/2019

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TADA VENTURES, LLC | § | Case No. 19-31845-H2 |
| Debtor. | § | Chapter 11 |

### ORDER GRANTING FINAL APPLICATION FOR APPROVAL OF COMPENSATION OF CORRAL TRAN SINGH, LLP

(Relates to Docket No. 72 )

CAME ON FOR CONSIDERATION, the Final Application for Approval of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for the Debtor-in-Possession for the Time Period of April 1, 2019 to December 16, 2019 (the "Application"), filed by Corral Tran Singh, LLP ("Applicant") in its capacity as attorney for the Debtor and Debtor-in-Possession ("Debtor"), seeking final approval of compensation for services rendered in the Chapter 11 case in the amount of $27,029.83 and reimbursement of expenses in the amount of $22.00.

It appearing that notice of the Application was properly served upon the creditors and parties in interest in accordance with Local Rules of the Bankruptcy Procedure and the Federal Rules of Bankruptcy Procedure; and

It further appearing that this Court is able to determine the facts regarding the Application with respect to the following factors as set forth in *In re First Colonial Corp. of A.M.*, 544 F.2d 1291 (5th Cir. 1977): (1) the time and labor required of Applicant; (2) the novelty and difficult of the questions presented; (3) the skill required of Applicant to perform the services involved; (4) the preclusion of other employment due to involvement in the instant proceeding; (5) Applicant's customary fees for such work; (6) contingency of the fees, if any; (7) the time limitations and pressures borne by Applicant; (8) the amounts involved and the results obtained to date; (9)

Applicant's experience, reputation, and ability; (10) undesirability of the case and the matters upon which Applicant has been employed; (11) the length and nature of the relationship of Applicant to client; and (12) awards in similar circumstances;

It further appearing that expenses incurred by Applicant on behalf of the Debtor was reasonable and necessary; it is therefore

**ORDERED** that Applicant is awarded compensation as an administrative expense in the Chapter 11 case in the amount of $27,029.83 for services rendered as Chapter 11 Debtor's counsel in connection with this case, and that Applicant be reimbursed for out of pocket expenses in the amount of $22.00 in the Chapter 11 case for a total amount of $27,051.83 for the period of April 1, 2019 through December 16, 2019.

**Signed:  December 17, 2019.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE